IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MATTHEW HOOVER,**

    **Plaintiff,**

    v.

    Case No. 2:21-cv-4177
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Elizabeth P. Deavers

**4 SEASONS MOTORS INC.,** *et al.*,

    **Defendants.**

## ORDER

The Judgement Debtors' Exam is hereby **RESCHEDULED**.

**IT IS ORDERED**, Samer Pharra and a representative of 4 Seasons Motors Inc. (d/b/a NCC Motor Sale) shall appear at the United States District Court for the Southern District of Ohio, 85 Marconi Blvd., Columbus, Ohio 43215, Room 220, on **AUGUST 7, 2024, at 11:00 A.M.,** and answer the questions concerning their assets, income expenditures, credits, personal and real property, and to bring all information, documents, and records set forth in schedules attached as Exhibit A and Exhibit B to the Motion of Plaintiff for Judgment Debtors' Exam, copies of which Plaintiff previously served upon Samer Pharra and a representative of 4 Seasons Motors Inc. (d/b/a NCC Motor Sale).

Plaintiff shall serve a copy of this Order upon Samer Pharra and a representative of 4 Seasons Motors Inc. (d/b/a NCC Motor Sale).

    **IT IS SO ORDERED.**

Date: May 14, 2024

                                        */s/ Elizabeth A. Preston Deavers*
                                        ELIZABETH A. PRESTON DEAVERS
                                        UNITED STATES MAGISTRATE JUDGE