IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | |
|---|---|
| MATTHEW D. HOOVER : | |
| : | CASE NO. 2:21-cv-4177 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | **PLAINTIFF'S MOTION FOR** |
| 4 SEASONS MOTORS INC. : | **SHOW CAUSE ORDER** |
| (D/B/A NCC MOTOR SALE) : | |
| : | |
| and : | |
| : | |
| SAMER PHARRA : | |
| : | |
| Defendants. : | |

Plaintiff Matthew D. Hoover ("Plaintiff") files this Motion for Show Cause Order response requesting that the Court issue a show cause order requiring Defendants 4 Seasons Motors Inc. (dba NCC Motor Sale) and Samer Pharra ("Defendants") to explain why they failed to appear at the August 7, 2024 debtor's examination scheduled with the Court. This is the second time Defendants have failed to appear at the scheduled debtor's examination. Defendants are represented by attorney John Breen in this matter (although Mr. Breen has not filed a notice of appearance with the Court in this case). Declaration of Adam Sadlowski in Support of Plaintiff's Motion for Show Cause Order, ¶2 (attached as Exhibit A). Counsel for Plaintiff provided notice of the August 7, 2024 debtor's examination on two separate occasions to defense

1

counsel. Id. at ¶3. At no time did Defendants or their counsel respond to these notices or otherwise state their intentions not to attend the August 7, 2024 debtor's examinations. Id. at ¶4.

As part of the Court's show cause order, Plaintiff requests that the Court order Defendants to pay travel costs and attorney's fees associated with Plaintiff's Counsel attendance at the August 7, 2024 debtor's examination and the preparation of this Motion.

3

      Respectfully submitted,

/s/ *Adam V. Sadlowski*
Adam V. Sadlowski, Trial Attorney (0079582)
SADLOWSKI LAW LLC
11427 Reed Hartman Highway, Suite 210
Blue Ash, Ohio 45241
Tel:  (513) 618-6595
Fax: (513) 618-6442
asadlowski@sb-lawyers.com

Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing document has been served on August 26, 2024, upon counsel for Defendants via first class, U.S. mail and electronic mail:

John Breen, Esq.
BREEN LAW, LLC
7761 Chetwood Close, Ste 200
Columbus, Ohio  43054
jbbreenlaw@aol.com

<u>/s/ *Adam V. Sadlowski*</u>
Adam V. Sadlowski

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | |
|---|---|
| MATTHEW D. HOOVER<br><br>　　Plaintiff,<br><br>v.<br><br>4 SEASONS MOTORS INC.<br>(D/B/A NCC MOTOR SALE)<br><br>and<br><br>SAMER PHARRA<br><br>　　Defendants. | CASE NO. 2:21-cv-4177<br><br>**DECLARATION OF ADAM V. SADLOWSKI IN SUPPORT OF PLAINTIFF'S MOTION FOR SHOW CAUSE ORDER** |

STATE OF OHIO　　　　）
　　　　　　　　　　　） SS:
COUNTY OF HAMILTON ）

Adam V. Sadlowski, being duly cautioned and sworn upon oath states:

1. I am a member at Sadlowski Law LLC and admitted to practice law in the State of Ohio and before this Court. I serve as counsel for Plaintiff Matthew D. Hoover in the above-captioned case. I have personal knowledge of and am competent to testify to the matters set forth in this Affidavit.

1

2.  Based on my communications with and representations from attorney John Breen, Defendants are represented by attorney John Breen in this matter (although Mr. Breen has not filed a notice of appearance with the Court in this case).

3.  On May 29, 2024 and August 6, 2024, I provided notice of the August 7, 2024 debtor's examination to Mr. Breen. Attached as Exhibit A-1 are true and accurate copies of the notices of the hearing I sent to Mr. Breen.

I declare that the foregoing is true and accurate to the best of my knowledge.

_____
Adam V. Sadlowski

# EXHIBIT A-1

John,

Just confirming that your client will be at the hearing tomorrow.

**Adam V. Sadlowski** | Attorney at Law | Sadlowski Law LLC
11427 Reed Hartman Highway, Suite 210
Blue Ash, Ohio 45241
(513) 618-6595
asadlowski@sb-lawyers.com
www.blueashlawfirm.com



NOTICE: This electronic mail transmission from the law firm Sadlowski Law LLC may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

---

**From:** Adam V. Sadlowski <ASadlowski@sb-lawyers.com>
**Sent:** Wednesday, May 29, 2024 7:36 AM
**To:** John Breen <jbbreenlaw@aol.com>
**Subject:** Fw: Activity in Case 2:21-cv-04177-EAS-EPD Hoover v. 4 Seasons Motors Inc. Order

John,

The court contacted me about the status of settlement. Since no settlement was reached, we have rescheduled the debtor's examination for August 7, 2024. Attached is your service copy of the order.

**Adam V. Sadlowski** | Attorney at Law | Sadlowski Law LLC
11427 Reed Hartman Highway, Suite 210
Blue Ash, Ohio 45241
(513) 618-6595
asadlowski@sb-lawyers.com
www.blueashlawfirm.com



NOTICE: This electronic mail transmission from the law firm Sadlowski Law LLC may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

---

**From:** cmecfhelpdesk@ohsd.uscourts.gov <cmecfhelpdesk@ohsd.uscourts.gov>
**Sent:** Tuesday, May 14, 2024 11:59 AM
**To:** ecf.notification@ohsd.uscourts.gov <ecf.notification@ohsd.uscourts.gov>
**Subject:** Activity in Case 2:21-cv-04177-EAS-EPD Hoover v. 4 Seasons Motors Inc. Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Southern District of Ohio

**Notice of Electronic Filing**

The following transaction was entered on 5/14/2024 at 11:59 AM EDT and filed on 5/14/2024

| | |
|---|---|
| **Case Name:** | Hoover v. 4 Seasons Motors Inc. |
| **Case Number:** | [2:21-cv-04177-EAS-EPD](#) |
| **Filer:** | |
| **WARNING: CASE CLOSED on 10/05/2022** | |
| **Document Number:** | [35](#) |

**Docket Text:**
**ORDER : Judgment Debtor Exam reset for 8/7/2024 11:00 AM in Courtroom 220 - Columbus before Magistrate Judge Elizabeth Preston Deavers. Signed by Magistrate Judge Elizabeth Preston Deavers on 5/14/2024. (sln)**

**2:21-cv-04177-EAS-EPD Notice has been electronically mailed to:**

Adam V Sadlowski     asadlowski@sb-lawyers.com, cbesse@sb-lawyers.com

**2:21-cv-04177-EAS-EPD Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=5/14/2024] [FileNumber=8949075-0
] [1a6f9fe9f378800c9f30ad360d45eb9177f644b2b405d82f08dc337f2d2d1fd6217
b837ea4647735bf5ea934aa9300d1b9ee570419067e8d49d3a10bfd592a7b]]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MATTHEW HOOVER,**

    **Plaintiff,**

v.

Case No. 2:21-cv-4177
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers

**4 SEASONS MOTORS INC.,** *et al.*,

    **Defendants.**

## ORDER

The Judgement Debtors' Exam is hereby **RESCHEDULED**.

**IT IS ORDERED**, Samer Pharra and a representative of 4 Seasons Motors Inc. (d/b/a NCC Motor Sale) shall appear at the United States District Court for the Southern District of Ohio, 85 Marconi Blvd., Columbus, Ohio 43215, Room 220, on **AUGUST 7, 2024, at 11:00 A.M.,** and answer the questions concerning their assets, income expenditures, credits, personal and real property, and to bring all information, documents, and records set forth in schedules attached as Exhibit A and Exhibit B to the Motion of Plaintiff for Judgment Debtors' Exam, copies of which Plaintiff previously served upon Samer Pharra and a representative of 4 Seasons Motors Inc. (d/b/a NCC Motor Sale).

Plaintiff shall serve a copy of this Order upon Samer Pharra and a representative of 4 Seasons Motors Inc. (d/b/a NCC Motor Sale).

    **IT IS SO ORDERED.**

Date: May 14, 2024

                                                           /s/ *Elizabeth A. Preston Deavers*
                                                         ELIZABETH A. PRESTON DEAVERS
                                                         UNITED STATES MAGISTRATE JUDGE